June 20, 1962

No. 66871.—Biddle Sawyer Corp. *v.* United States, protests 59/14142, etc.—
—C.D. 2310.

Plaintiff's application for rehearing denied.